**MEMORANDUM**

TO:   <u>HONORABLE ROBERT W. SWEET</u>
      United States District Judge

FROM: Natasha Ramesar
      United States Pretrial Services Officer



RE:       Richard R. Dugan
DOCKET#:  10-CR-00006-01

The attached memorandum was prepared by Pretrial Services Officer:

| **Natasha Ramesar** | 212-805-4118 |
|---|---|
| Name | Phone Number |

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[✓]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ]   My office will inform all parties concerned that I will conduct a Bail Review Hearing in

      Courtroom # _____ on _____ at _____ .
                              Date              Time

[ ]   I request that a Bail Review Hearing be conducted by:

      [ ]   The presiding Magistrate Judge in courtroom # 5A.

      [ ]   The District Court Judge presiding in Part I.

      [ ]   _____ at his/her earliest convenience.
            Judicial Officer

[ ]   So ordered: _____ Date 6.25.10

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/10