# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

UNITED STATES OF AMERICA

- v -

RICHARD DUGAN, Defendant.

Docket Number: **10 CR. 006**

HONORABLE ROBERT W. SWEET
(District Court Judge)

Notice is hereby given that **the Defendant Richard Dugan** appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✓] : order [ ] : other [ ] : _____ (specify)

entered in this action on **10/28/10** (date)

Offense occurred after November 1, 1987   Yes [✓]   No [ ]

The appeal concerns: conviction only [ ] : sentence only [ ] : conviction and sentence [✓]

Date: **October 29, 2010**

TO:
Alvin Bragg, Jr., Esq./Ausa
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

Mr. Richard Dugan
221 Felix Road
Breaux Ridge, LA 70517

ADD ADDTIONAL PAGE IF NECESSARY

Barry Leiwant, Esq.
(Counsel for Appellant)

Address: Federal Defenders of New York, Inc.
52 Duane Street - 10th Flor
New York NY 10007

Telephone Number (212) 417-8700

(TO BE COMPLETED BY ATTORNEY)

TRANSCRIPT INFORMATION - FORM B

| ➤ QUESTIONNAIRE | ➤ TRANSCRIPT ORDER | ➤ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE). |
|---|---|---|
| [✓] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason:<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of<br>[ ] Pre-trial proceedings<br>[✓] Trial<br>[✓] Sentence<br>[ ] Post-trial proceedings | Dates<br><br>4/26/10<br>10/28/10 |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ➤ Method of payment [ ] Funds [✓] CJA Form 24

ATTORNEY'S signature: SABRINA P. SHROFF, ESQ.

DATE: **OCTOBER 29, 2010**

➤ COURT REPORTER ACKNOWLEDGMENT

To be completed by Court Reporter and forward to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date _____   Signature _____ (Court Reporter)

COPY 1 - ORIGINAL