

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 23, 2011

**VIA FACSIMILE**: (212) 805-7925
The Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street, Room 1940
New York, New York 10007

RECEIVED SEP 2 3 2011 JUDGE SWEET CHAMBERS

    Re:    <u>United States v. Richard Dugan</u>,
            10 Cr. 00006 (RWS)

Dear Judge Sweet:

    The Government respectfully submits this letter to request a conference regarding four new specifications in the above-referenced matter relating to a violation of supervised on Tuesday, October 4, 2011, at 4:30 p.m. A hearing was originally scheduled for September 19, 2011.

    Counsel for the defendant, Sabrina Shroff, of the Federal Defenders Office, originally requested a 45-day adjournment. The defendant's case has since been reassigned to John Byrnes, who is also in the Federal Defenders Office. After conferring with Mr. Byrnes, the Government respectfully requests that a conference be scheduled for October 4, 2011. Mr. Byrnes consents to this request.

    Thank you for your consideration of this request.

                      Respectfully,

                      PREET BHARARA
                      United States Attorney

       By:    _____
                CAROLINA A. FORNOS
                Telephone: (212) 637-2740
                Facsimile:  (212) 637-2527
                E-mail: carolina.fornos@usdoj.gov

cc:    **VIA FACSIMILE**
       John Byrnes, Esq.
       *Attorney for the defendant*

*So Ordered*
*[signature] Sweet J*
*USDJ*
*9-23-11*

9/26/11

Jessica Alberts
*United States Probation Officer, District of New Jersey*

Claudell Brehon
*United States Probation Officer, Southern District of New York*